IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 07-78 (JJF) |
| | ) |
| DELAWARE PARK LLC, | ) |
| | ) |
| Defendant. | ) |

### DELAWARE PARK L.L.C.'S MOTION TO DISMISS THE COMPLAINT

Defendant Delaware Park, L.L.C. hereby moves pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5) to dismiss Plaintiff Sami Almakhadhi's Complaint for lack of personal jurisdiction and insufficiency of service of process. The grounds for this Motion are more fully set forth in the Memorandum of Law in support of this Motion, filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (#3142)
Kenneth L. Dorsney (#3726)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com
kdorsney@potteranderson.com
jwasson@potteranderson.com

Dated: March 21, 2007
781996 / 14672-132

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DELAWARE PARK LLC, ) <br> ) <br> Defendant. ) | C.A. No. 07-78 (JJF) |

## ORDER

AND NOW, having considered the Motion to Dismiss and Defendant's Memorandum of Law in Support of the Motion to Dismiss,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion is GRANTED, and Plaintiff Sami Almakhadhi's Complaint is DISMISSED.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Wendy K. Voss, hereby certify this 21st day of March, 2007, that the foregoing **DELAWARE PARK'S MOTION TO DISMISS THE COMPLAINT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

>Sami Almakhadhi
>P.O. Box 7392
>Newark, DE 19714

*/s/ Wendy K. Voss*
Wendy K. Voss (#3142)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com