IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI,           )<br>                            )<br>        Plaintiff           )<br>                            )<br>v.                          )     C.A. No. 07-78 (JJF)<br>                            )<br>DELAWARE PARK LLC,          )<br>                            )<br>        Defendant.          )| |

## DISCLOSURE OF DELAWARE PARK, L.L.C.
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Fed. R. Civ. P. 7.1, defendant Delaware Park, L.L.C., by and through its undersigned attorneys, hereby certifies as follows:

Defendant Delaware Park, L.L.C. is a limited liability company that has no parent company. No publicly traded company owns any stock or holds any interest in Delaware Park, L.L.C.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (#3142)
Kenneth L. Dorsney (#3726)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
wvoss@potteranderson.com
kdorsney@potteranderson.com

Dated: March 21, 2007
784517 / 14672-132

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify this 21st day of March, 2007, that the foregoing **DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

> Sami Almakhadhi
> P.O. Box 7392
> Newark, DE 19714

*/s/ Wendy K. Voss*
Wendy K. Voss (#3142)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com