

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Wendy K. Voss**
**Partner**
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

March 22, 2007

**ELECTRONIC FILING via CM/ECF**

Clerk of the U.S. District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: **Sami Almakhadhi v. Delaware Park, Civil Action No. 07-78 (JJF)**

Ladies and Gentlemen:

      Enclosed please find a copy of Exhibit 1 to the Declaration of William I. Fasy which was inadvertently omitted from Exhibit A to Delaware Park, L.L.C.'s Memorandum of Law In Support of Its Motion to Dismiss, which was efiled and served yesterday.

Very truly yours,

Wendy K. Voss

WKV/drt
Enclosure

cc: Sami Almakhadhi (w/enclosure) (via U.S. First Class Mail, postage prepaid)

785017 / 14672-132

⌫AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Sami Almakhadhi v. Delaware Park

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA07-78 JJF

TO: (Name and address of Defendant)

Delaware Park
777 Delaware Park Boulevare
Wilmington, DE 19804

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sami Almakhadhi
P.O Box 7392
Newark, DE 19714

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    2/26/07

CLERK                                              DATE

(By) DEPUTY CLERK

≋AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) SAmi AlmaKhalhi | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): by mail _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-26-07
　　　　　　　　Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.