CA 07-78 JJF

3/22/07

To the Clerk of the united States District Courts I would like to Issue ~~r~~ another my Summons to be served to ~~Any~~ Delaware Park, because I send the first Summons without a copy of the complain.

Sami Almakhadhi