CA 07-78 JJF

3/29/07

Dear Clerk

I'd like another Summons to be served to Delaware Park's New address. Thanks

Sami Almakhadhi

2007 MAR 29 AM 11:37
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED