**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAMI ALMAKHADHI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 07-78 (JJF) |
| ) | |
| DELAWARE PARK LLC, ) | |
| ) | |
| Defendant. ) | |

## WITHDRAWAL OF MOTION

Delaware Park LLC ("Delaware Park") hereby withdraws its Motion to Dismiss the Complaint (D.I.6) pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5) and the accompanying memorandum of law in support (D.I. 7). On March 30, 2007, Mr. Almakhadhi delivered a copy of the summons and complaint to Delaware Park's registered agent. Delaware Park will move, answer, or otherwise respond to the complaint pursuant to federal and local rules of civil procedure.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Kenneth L. Dorsney*
Wendy K. Voss (#3142)
Kenneth L. Dorsney (#3726)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com
kdorsney@potteranderson.com
jwasson@potteranderson.com

Dated: April 5, 2007
787672 / 14672-132

*Attorneys for Defendant Delaware Park LLC*

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify this 5th day of April, 2007, that the foregoing **WITHDRAWAL OF MOTION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

>Sami Almakhadhi
>200 W. Creek Village E6
>Elkton, MD  21921

>*/s/ Kenneth L. Dorsney*
>Kenneth L. Dorsney (#3726)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899
>(302) 984-6000 - Telephone
>(302) 658-1192 - Facsimile
>kdorsney@potteranderson.com