IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) C.A. No. 07-78 ( JJF) |
| | ) |
| DELAWARE PARK LLC, | ) |
| | ) |
| Defendant | ) |

## Plaintiff's Response in Opposition To Motion of Defendant Delaware Park, L.L.C.

Plaintiff respectfully requests that this court deny defendant's motion to dismiss plaintiff's complaint for lack of personal jurisdiction and insufficiency of service of process because the grounds for this motion are irrelevant. And this court has jurisdiction over Delaware Park pursuant to rule 4.

By: /s/ Sami Almakhadhi

Sami Almakhadhi
P.O. Box 7392
Newark, DE 19714
(302)293-5064

April 5, 2007

TO : Wendy K . Voss                                                      C .A .NO .07-78 ( JJF)
     Kenneth L , Dorsney
     Jennifer C .Wasson

**Ladies and Gentlemen**

I am writing regarding your request to the U.S. District Court Of Delaware case No.07-78 ( JJF)to dismiss my case against Delaware Park. As you know I am seeking my right which is granted by the constitution. I am educated man but not a professional lawyer and the way I send the letter or what I wrote is coming from person fighting for his rights by him self without a lawyer and not professional like you . You take advantage from my misunderstanding and trying to stop me from going forward. I will keep fighting first for my rights as a human being second as an employee who spend more than four years working hard Faithfully, honestly, bravely and finally I became useless because my injury which it happened to me while I am serving this company. I suffered from discrimination during my employment and suffered again from making false statement and incorrect information and lies to the labor board to miss leading the investigation.

I served you another summons on March 30, 2007 and a copy from that summons enclosed with this letter. I correct the mistake and your request to dismiss my case must be denied.

                                                                                   Very Truly Yours,

                                                                                   Smai Almakhadhi

⌖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

Sami Almakhadhi v. Delaware Park

ALIAS
SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07-78 JJF

TO: (Name and address of Defendant)

Delaware Park, LLC
c/o The Corporation Trust Company
Corporation Trust Center  1209 Orange Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sami Almakhadhi
P.O Box 7392
Newark, DE 19714

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                               3/29/07
CLERK                                          DATE

(By) DEPUTY CLERK

(Del. Rev. 12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Sami Almakhadhi
_____
(Name of Plaintiff or Plaintiffs)

07-78

v.                                    CIVIL ACTION No. _____

Delaware Park
_____
(Name of Defendant or Defendants)

Jury Trial

**COMPLAINT UNDER TITLE VII**

**OF THE CIVIL RIGHTS ACT OF 1964**

2007 FEB 12 PM 2:51
FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD Receipt # Rule 4

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for employment discrimination. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at 200 W. Creek Village E6
   (Street Address)
   ELKTON          MD         21921
   (City)  (County)  (State)  (Zip Code)
   (302) 293-5064
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at 777 Delaware Park Blvd
   (Street Address)
   Wilmington          DE         19804
   (City)  (County)  (State)  (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's Delaware Park place of business
   (Defendant's Name)
   located at 777 Delaware Park Boulevard
   (Street Address)
   Wilmington          DE         19804
   (City)  (County)  (State)  (Zip Code)

5. The alleged discriminatory acts occurred on ~~18~~, ~~4~~, 2002–2006.
   (Day)    (Month)    (Year)

6. The alleged discriminatory practice  ○ is   ● is not continuing.

7. Plaintiff filed charges with the Department of Labor of the State of Delaware, Division of Industrial Affairs   4425 N. Market ST.
   (Agency)         (Street Address)         (City)
   Wilmington      DE      19802             , regarding
   (County)        (State)    (Zip Code)
   defendant's alleged discriminatory conduct on ____, ____, ____.
                                              (Day) (Month) (Year)

8. Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: ____, ____, ____.
                                                                                                (Day) (Month) (Year)

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: 18, 1, 2007.
                                                                            (Day) (Month) (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:
    A. ○ Failure to employ plaintiff.
    B. ● Termination of plaintiff's employment.
    C. ● Failure to promote plaintiff.
    D. ○ Other acts (please specify below)

_____

_____

_____

_____

11. Defendant's conduct is discriminatory with respect to the following:
   A. ● Plaintiff's race
   B. ○ Plaintiff's color
   C. ○ Plaintiff's sex
   D. ○ Plaintiff's religion
   E. ● Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

***THEREFORE*, Plaintiff prays as follows: (Check appropriate letter(s))**

   A. ○ That all fees, cost or security attendant to this litigation be hereby waived.
   B. ○ That the Court appoint legal counsel.
   C. ● That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 2/12/07

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Sami Almakhadhi<br>200 Westcreek Village Apts E6<br>Elkton, MD 21921 | From: Philadelphia District Office - 530<br>21 South 5th Street<br>Suite 400<br>Philadelphia, PA 19106 |

[ ]  *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2006-00837 | Charles Brown, III,<br>State & Local Coordinator | (215) 440-2842 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*                                                      **January 16, 2007**

Enclosure(s)                Marie M. Tomasso,                     *(Date Mailed)*
                            District Director

cc: Wendy K. Voss, Esq.
    Attorney for Respondent
    POTTER ANDERSON & CORROON
    1333 North Market Street
    P.O. Box 951
    Wilmington, DE 19899

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit <u>before 7/1/02</u> – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>0600401900<br>17C-2006-00837 |
|---|---|---|

**Delaware Department of Labor** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Sami Almakhadhi | Home Phone (Incl. Area Code)<br>(302) 293-5064 | Date of Birth |
|---|---|---|

Street Address: 200 Westcreek Village Apts E6, Elkton, MD 21921

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**DELAWARE PARK** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>(302) 355-1001 |
|---|---|---|

Street Address: 777 Delaware Park Blvd., Attn: Nancy L Myshko, Vp-Hr, Wilmington, DE 19804

DISCRIMINATION BASED ON (Check appropriate box(es).)
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-12-2006   Latest: 02-12-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Jurisdiction: Charging Party was employed at Respondent's Delaware facility as a Both cashier since 1/18/02

Charging Party's protected class: Retaliation, Disability, National Origin (Middle East)

Adverse employment action: Terms and Conditions of Employment, Reasonable Accommodation, Denied promotion, Discharge

Brief statement of allegations: Charging Party states that he was discriminated against based on national origin, disability and retaliation when he was denied a reasonable accommodation. Charging Party alleges that after incurring an injury on the job and presenting doctor prescribed medical restrictions to the Respondent he was denied a reasonable accommodation. Charging Party states that unlike for him the Respondent has provided light duty accommodations in the past for other individuals. Further, Charging Party alleges that based on national origin, disability and retaliation he was denied promotions after applying for various positions. Charging Party alleges that ultimately he was discharged.

Respondent's explanation: No light duty

Applicable law(s): Title VII of the Civil Rights Act of 1964, The Americans with Disabilities Act, The Handicapped Persons Protection in Employment Act, and the Delaware Discrimination in Employment Act

Comparators(s) or other specific reason(s) for alleging discrimination: Charging Party alleges that based on national origin, disability and retaliation he was discriminated against when he was denied transfer options (light duty) by the Respondent as reasonable accommodations for his job related injury.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Apr 26, 2006       Charging Party Signature: [signature] 4/26/06

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)



# CERTIFICATE OF SERVICE

I hereby certify this 5TH day of April, 2007, that a response from me regarding their motion to dismiss my complaint was delivered to the court and two (2) true and
Correct copies were sent first class U.S. Mail, to the following:

Wendy K. Voss
POTTER ANDERSON&CORROON LLP
Hercules Plaza, Sixth Floor
1313North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Sami Almakhadhi
P.O.Box 7392
Newark, DE 19714