IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELAWARE PARK, )<br>)<br>Defendant. )<br>) | C.A. No. 1:07-00078-JJF<br><br>JURY TRIAL DEMANDED |

## ANSWER OF DEFENDANT DELAWARE PARK, L.L.C. TO THE COMPLAINT

Defendant Delaware Park, L.L.C. (hereinafter "Delaware Park") answers the above-referenced Complaint as follows:

1. The allegations of this paragraph state legal conclusions to which no response is required. To the extent a response is required, Delaware Park admits the Court has jurisdiction to hear this case pursuant to 42 U.S.C. § 2000e-5. Delaware Park expressly denies that Plaintiff is entitled to any relief sought under 42 U.S.C. § 2000e-5.

2. The allegations of this paragraph are admitted.

3. The allegations of this paragraph are admitted.

4. It is admitted that Delaware Park employed Plaintiff at 777 Delaware Park Boulevard, Wilmington, Delaware 19804. The remaining allegations of this paragraph are denied.

5. The allegations of this paragraph are denied.

6. The allegations of this paragraph are admitted. By way of further response, Delaware Park expressly denies any and all inferences of wrongdoing arising from the allegations of this paragraph.

7. The allegations of this paragraph are admitted.

8. The allegations of this paragraph are admitted.

9. Delaware Park is without sufficient information to form a belief as to the date when Plaintiff received his Notice of Right to Sue from the Equal Employment Opportunity Commission. By way of further response, Delaware Park admits that such letter was issued on January 16, 2007.

10. The allegations of this paragraph, including all its subparts, are denied.

11. The allegations of this paragraph, including all its subparts, are denied.

12. The allegations of this paragraph are admitted. By way of further response, Delaware Park expressly denies each and every inference or allegation of wrong doing arising from statements made by plaintiff in the charge of discrimination he filed with the Equal Employment Opportunity Commission.

13. The allegations of this paragraph are denied.

14. The allegations of this paragraph are denied. By way of further response, Delaware Park expressly denies that plaintiff is entitled to any remedy for his alleged harms.

And further answering, Delaware Park pleads the following additional defenses:

### FIRST DEFENSE

The Complaint fails to state a claim(s) upon which relief may be granted.

### SECOND DEFENSE

Delaware Park's actions toward Plaintiff were at all times based on legitimate, non-discriminatory, and non-retaliatory business reasons.

### THIRD DEFENSE

Plaintiff is not entitled to an award of damages or other legal or equitable relief based on the facts and circumstances of this case.

### FOURTH DEFENSE

To the extent that Plaintiff seeks to recover damages pertaining to alleged actions that occurred more than 300 days prior to the filing of his charge of discrimination, such claims are barred by the applicable statute of limitations.

WHEREFORE, Delaware Park requests that the Complaint be dismissed with prejudice and that Delaware Park be awarded its costs and fees and such other relief as this Court deems just and proper.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (#3142)
Kenneth L. Dorsney (#3726)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
wvoss@potteranderson.com
kdorsney@potteranderson.com
jwasson@potteranderson.com

Dated: April 13, 2007
788305 / 14672-132

*Attorneys for Defendant Delaware Park, L.L.C.*

## CERTIFICATE OF SERVICE

I, Wendy K. Voss, hereby certify this 13th day of April, 2007, that the foregoing **ANSWER OF DEFENDANT DELAWARE PARK, L.L.C. TO THE COMPLAINT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

> Sami Almakhadhi
> 200 W. Creek Village E6
> Elkton, MD 21921

Wendy K. Voss (#3142)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com