IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, ) | |
| ) | |
| Plaintiff, ) | Civ. A. No. . 07-78-JJF |
| ) | |
| v. ) | |
| ) | |
| DELAWARE PARK, ) | |
| ) | |
| Defendant, ) | |

### INITIAL DISCLOSURES OF DEFENDANT
### DELAWARE PARK, L.L.C. PURSUANT TO RULE 26(a)(1)

Defendant Delaware Park, L.L.C. ("Delaware Park"), by and through its undersigned attorneys, hereby makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

(A)  Individuals likely to have discoverable information that Defendant may use to support its claims or defenses, and the subjects of the information:

Response:

| Individual | Areas of Knowledge |
|---|---|
| Sami Almakhadhi | All aspects of Plaintiff's claims. |

Current management employees of Delaware Park may be contacted through the undersigned counsel or at Delaware Park. Former management employees of Delaware Park may be contacted through the undersigned counsel or at the address provided below:

| | |
|---|---|
| Shannon DeLucia | Plaintiff's work restrictions and request for light duty. Plaintiff's worker's compensation claim. Defendant's light duty program; grants or denials of light duty to other employees. Plaintiff's termination from employment. |

| | |
|---|---|
| Karlyn Dixon | Plaintiff's job performance. Plaintiff's performance evaluation. Plaintiff's internal complaints and resolution thereof. Hiring decision regarding Impress Supervisor position in August 2005. |
| Beverly Pope | Plaintiff's application and interview for Impress Supervisor. Hiring decision regarding Impress Supervisor position in August 2005. |
| Stacy Suhr | Plaintiff's application for Impress Supervisor. Hiring decision regarding Impress Supervisor position in August 2005. Plaintiff's performance evaluation. Plaintiff's internal complaints and resolution thereof. |
| Frank Penta | Plaintiff's internal complaints and resolution thereof. |
| Sheryl Cartwright | Plaintiff's work restrictions. Defendant's light duty program; grants or denials of light duty to other employees. |
| Micki Nardo<br>120 Talbot Drive<br>Landenberg, PA 19350<br>Tel. (610) 255-5004 | Delaware Park's investigation of Plaintiff's internal complaints and resolution thereof. |

Delaware Park reserves the right to identify other individuals as its investigation continues.

      (B)    Documents, data, compilations and tangible things in the possession, custody, or control of Defendant that Defendant may use to support its claims or defenses:

Response:

1. Plaintiff Sami Almakhadhi's personnel file, maintained in hard copy;

2. Job description for Impress Supervisor as of August 2005, maintained by Delaware Park in electronic form and/or in hard copy;

3. Communications regarding Plaintiff's medical status, work restrictions and request for light duty, maintained by Delaware Park in electronic form and/or in hard copy;

4. Communications regarding Plaintiff's internal complaints of discrimination to Defendant, the ensuing investigation(s), and Defendant's response to Plaintiff's complaints, maintained by Delaware Park in electronic form and/or in hard copy;

5. Documents regarding Plaintiff's termination from employment, maintained by Delaware Park in electronic form and/or in hard copy;

6. Documents related to the termination of employees who, like Plaintiff, had exhausted all available leave, maintained in electronic form and/or hard copy.

Delaware Park reserves the right to identify other categories of documents as its investigation continues.

(C) A computation of any category of damages claimed by Defendant:

Response: None.

(D) Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action, or to indemnify or reimburse defendant for payments made to satisfy the judgment:

Response: None.

POTTER ANDERSON & CORROON LLP

By: _____
Wendy K. Voss (#3142)
Jennifer C. Wasson (#4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com
jwasson@potteranderson.com

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: June 1, 2007
796245

## CERTIFICATE OF SERVICE

I, Wendy K. Voss, hereby certify this 1st day of June, 2007, that the foregoing **INITIAL DISCLOSURES OF DEFENDANT DELAWARE PARK, L.L.C. PURSUANT TO RULE 26(a)(1)** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

> Sami Almakhadhi
> 200 W. Creek Village E6
> Elkton, MD 21921

*/s/ Wendy K. Voss*

Wendy K. Voss (#3142)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com