## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

SAMI ALMAKHADHI,                    )
                                    )
        Plaintiff             )
                                    )
    v.                            )    C.A. No. 07-78 (JJF)
                                    )
DELAWARE PARK LLC,                  )
                                    )
        Defendant.            )

### NOTICE OF APPEARANCE

**PLEASE ENTER THE APPEARANCE** of Jennifer Wasson of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE  19899, to be notified as Delaware counsel on behalf of Defendant Delaware Park LLC.

POTTER ANDERSON & CORROON LLP

By: _____
    Wendy K. Voss (#3142)
    Kenneth L. Dorsney (#3726)
    Jennifer C. Wasson (#4933)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    wvoss@potteranderson.com
    kdorsney@potteranderson.com
    jwasson@potteranderson.com

Dated: June 12, 2007
800902v1 / 14672-132

*Attorneys for Defendant Delaware Park LLC*

## CERTIFICATE OF SERVICE

I, Jennifer Wasson, hereby certify this 12th day of June, 2007, that the foregoing **NOTICE OF APPEARANCE** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and one (1) true and correct copy was sent First Class U.S. Mail, postage prepaid, to the following:

Sami Almakhadhi
P.O. Box 7392
Newark, DE 19714

Sami Almakhadhi
200 West Creek Village E6
Elkton, MD 21921

Jennifer Wasson (#4933)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
jwasson@potteranderson.com

800902v1 / 14672-132