IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 07-78-JJF |
| | ) | |
| V. | ) | |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant, | ) | |

INITIAL DISCLOSURES OF PLAINTIFF
SAMI ALMAKHADHI, PURSUANT TO RULE 26(a)(1)

Plaintiff Sami Almakhadhi, hereby makes the following disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1).

(A) The following names are employees at Delaware Park. Some of them still working there and some left. So Delaware Park has all the information about them:

1. HOLLY HEA:          Booth cashier who had been given light duty for long
   (302)838-4536       time more than 90 days.

2. MAMUN KORESHI:      Cashier Supervisor had light duty.
   (302)345-0726

3. HALLY TWADELL:      Main bank cashier who had been given light duty prior to
   (610)998-9713       my complaint to the labor department.

4. MIR HADELLI:        Satellite cashier can provide information about the
   (302)897-5437       discrimination against me.

5. HAYES ANTOINETTE:   Delaware park told the labor department that no light
   (410)8450-0243      duty was available as all spots for light duty were
                       filled and that was not true.

6. MICHELLE THOMPSON: Booth cashier who had been given light duty during the time that I told to keep calling every day asking for available light duty.

7. MICHAEL THOMPSON: Another co worker who had been given light duty at the same time I was denied light duty because discrimination

8. YOSEF MOQBEL: (610)742- 0449   Booth cashier who can provide information about discrimination and that I am the only one who did not have light duty before I file my discrimination case with the labor department On APRIL,2006 and after that date they try not to give light duty to any one.

9. STEPHANIE KEELEY: Delaware park told the labor department that Ms. keeley's request could no longer be accommodated. I know that she had light duty and they re train her. And I have witnesses to prove that.

10. DOWELL, KRISTY: Delaware Park told the labor department that Ms. Dowell request could not longer be accommodated. I know that she had light duty in the main bank for Long time and I have witnesses to prove that.

I reserve the right to identify other individuals as this investigation continues

(B) documents, data, compilations and tangible things in the possession, custody, or control of plaintiff that plaintiff may use to support its claims or defenses.

Response:

1. Two termination letters and other documents to support the plaintiff's claim of discrimination and retaliation.

2. All documents and statements which was provided to the labor department during the investigation.

3. letters were send to me from the labor department during the investigation including right to sue letter.

4. Documents to verify that I complaint five times about discrimination.

5. Transfer form to surveillance which I never had interview.

6. My FMLA documents .

I reserve the right to identify other categories of documents and other evidence as this Investigation continues.

     (C) A computation of any category of damage claimed by the plaintiff:

Response:  Yes , FMLA

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of a judgment :

response: None

;

BY: _____
SAMI ALMAKHADHI
P.O.BOX 7392
Newark, DE 19714

Dated: June 11, 2007

## CERTIFICATE OF SERVICE

I, SAMI ALMAKHADHI, hereby certify this 11TH day of JUNE, 2007, that the foregoing INITIAL DISCLOSURES OF PLAINTIFF Sami Almakhadhi, PURSUANT TO RULE 26(a)(1) was delivered to the court and two (2) true and correct copies were sent first class U.S Mail, to the following:

Wendy K. Voss
POTTER ANDERSON&CORROON LLP
Hercules Plaza, Sixth Floor
1313North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

*[signature]*
--------------------------------
**Sami Almakhadhi**
**P.O. Box 7392**
**Newark, Delaware 19714**
**(302)2930-5064**