## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELAWARE PARK, ) <br> ) <br> Defendant, ) | Civ. A. No. 07-78-JJF |

### DEFENDANT DELAWARE PARK LLC'S FIRST REQUESTS FOR ADMISSION DIRECTED TO PLAINTIFF

Pursuant to Fed. R. Civ. P. 36 and the local rules of the District of Delaware, Defendant Delaware Park LLC (named incorrectly herein as Delaware Park) ("Delaware Park," the "Company," or "Defendant") hereby requests that Plaintiff, Sami Almakhadhi, admit the truth of the matters set forth herein and provide such responses in writing to Wendy K. Voss, Esquire, at the offices of Potter Anderson & Corroon LLP, 1313 North Market Street, Wilmington, Delaware 19801, within 30 days after service of the requests.

### Instructions

1. The words "and" and "or" shall be construed in the conjunctive or disjunctive where necessary to facilitate appropriate responses to the admissions requested.

2. The singular shall be construed to include the plural, and vice-versa where necessary, to facilitate appropriate responses to the admissions requested.

3. The past tense shall be construed to include the present tense, and vice-versa where necessary, to facilitate appropriate responses to the admissions requested.

4.      In responding to the requested admissions, Plaintiff shall seek out all available information, not merely information of which Plaintiff currently has actual knowledge.

5.      If Plaintiff objects to any admission requested, fully state the basis for that objection.

6.      If Plaintiff believes he must qualify or deny part of a requested admission, specify so much of the requested admission as Plaintiff believes is true and qualify or deny the remainder. If an answer to a request for admission is qualified, set forth the exact nature and extent of that qualification.

7.      Any denial or refusal to admit must be specific and must set forth in detail the reasons for the denial or refusal. Any denial or refusal must fairly meet the substance of the requested admission.

## Definitions

1.      "Plaintiff" or "you" means Sami Almakhadhi and all other persons acting on his behalf.

2.      "Defendant" means Delaware Park LLC and its directors, officers, agents, employees, and all other persons acting on its behalf, and its present and past affiliated or associated entities of whatever kind.

## REQUESTS FOR ADMISSION

1. Admit that you never complained directly to Shannon DeLucia that you were the victim of discrimination at Delaware Park.

**RESPONSE:**

2. Admit that your back condition as it existed on May 17, 2005 continued through February 12, 2006.

**RESPONSE:**

3. Admit that the work restrictions imposed by your physician effective May 17, 2005 (as per the attached Exhibit A) continued through February 12, 2006.

**RESPONSE:**

3

4. Admit that the work restrictions imposed by your physician effective September 2, 2005 (as per the attached Exhibit B) continued through your termination of employment by Delaware Park.

**RESPONSE:**

5. Admit that, as of February 12, 2006, you were unable to repeatedly lift 40 pounds without difficulty.

**RESPONSE:**

6. Admit that you currently are unable to repeatedly lift 40 pounds without difficulty.

**RESPONSE:**

7.	Admit that, as of February 12 2006, the job description attached as Exhibit C was the job description for the position of Booth Cashier at Delaware Park.

**RESPONSE:**

8.	Admit that, as of February 12, 2006, the ability to repeatedly lift 40 pounds without difficulty was a qualification for the position of Booth Cashier at Delaware Park.

**RESPONSE:**

9. Admit that your Delaware Park sponsored health insurance coverage (including dependent coverage) was initially terminated effective February 28, 2006.

**RESPONSE:**

10. Admit that your Delaware Park sponsored health insurance coverage (including dependent coverage) was later extended beyond February 28, 2006.

**RESPONSE:**

11. Admit that your Delaware Park sponsored health insurance coverage (including dependent coverage) was finally terminated effective March 31, 2006.

**RESPONSE:**

12. Admit that you were never actively at work at Delaware Park after September 2, 2005.

**RESPONSE:**

13. Admit that you continued to participate in Delaware Park sponsored health insurance plan(s) (including dependent coverage) during the period September 1, 2005 through your termination of employment.

**RESPONSE:**

14.	Admit that Delaware Park continued to make its regular employer contribution to the cost of your Delaware Park sponsored health insurance coverage (including dependent coverage) during the period September 1, 2005 through your termination of employment.

**RESPONSE:**


15.	Admit that you were selected for promotion to the position of Satellite Cashier at Delaware Park in 2004.

**RESPONSE:**


16.	Admit that you elected not to remain in the position of Satellite Cashier and to return to your former position of Booth Cashier in 2004.

**RESPONSE:**

17.     Admit that you filed your Charge of Discrimination against Delaware Park with the Delaware Department of Labor and/or United States Equal Opportunity Commission on April 26, 2006.

**RESPONSE:**

 

POTTER ANDERSON & CORROON LLP

By: _____

Wendy K. Voss (#3142)
Jennifer C. Wasson (#4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com
jwasson@potteranderson.com

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: July 12, 2007
800740

## CERTIFICATE OF SERVICE

I, Wendy K. Voss, hereby certify this 12th day of July, 2007, that the foregoing **DEFENDANT DELAWARE PARK LLC's FIRST REQUEST FOR ADMISSION DIRECTED TO PLAINTIFF** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

Sami Almakhadhi
200 W. Creek Village E6
Elkton, MD 21921

and

Sami Almakhadhi
P.O. Box 7392
Newark, DE 19714

*/s/ Wendy K. Voss*
Wendy K. Voss (#3142)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com

800740