July 30, 2007

Re: *Almakhadhi v. Delaware Park*, Civil Action No. 07-78-JJF
    Correct of Mailing Address

-------------------------------------------------------------------

Dear Ms. Voss

I am writing to notify you that my only mailing address is :

P.O. BOX 7392
Newark, DE 19714

Sincerely yours,

Sami Almakhadhi

2007 JUL 31 PM 2: 26
FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE