IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMI ALMAKHADHI,                )
                                )
        Plaintiff               )
                                )
    v.                          )   C.A. No. 07-78 ( JJF)
                                )
DELAWARE PARK LLC,              )
                                )
        Defendant .             )

## Plaintiff's request to join other party pursuant to rule 26(a)(1)

Plaintiff SAMI ALMAKHADHI request the name, address and phone number for each individual from the following :

1. Kim Pugh         (human resources)

2. Darla Cherry     (Gage)

3. Roberta Evans    (Gage)

4. Noel Lafferty    (Gage)

5. Mary Sue Porter  (Gage)

By :
Sami Almakhadhi
P.O. Box 7392
Newark, DE 19714
(302)293-5064