ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 07-78 ( JJF) |
| | ) | |
| DELAWARE PARK LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## Plaintiff SAMI ALMAKHADHI RESPONSE TO THE FIRST REQUEST TO THE FIRST SET OF INTERROGATORIES BY THE DEFENDANT DELAWARE PARK LLC

BY: _____

**SAMI ALMAKHADHI
P.O.BOX7392
NEWARK,DE 19714**

document, a list of all persons to whom the document was circulated, or its contents

communicated, and the current location of the document.

## INTERROGATORIES

1.    Describe with particularity all facts supporting Plaintiff's allegation that

Defendant's termination of Plaintiff's employment was discrimination on the basis of race and/or

national origin.

**RESPONSE:** I don't Know what is the real story until this day. I have termination letters with different dates from Delaware Park and they Keep changing the Story, but we are continuing our discovery.

2.    Describe with particularity all facts supporting Plaintiff's allegation that

Defendant's failure to promote Plaintiff in or about August 2005 was discrimination on the basis

of race and/or national origin.

**RESPONSE:** 1- My boss at that time (Stacy and Karlyn) make it clear that I have to be a Satellite Cashier before any other position and this condition apply just for me not for the others. When I asked them about the others, they said "we are here to talk about you not them". Even the human resources said "I would not support a promotion to supervisor because of his opinion of woman".

2- They always hide my transfer forms like when they told Frank Paula that I didn't fill out trasfer form and that was a lie See (EXHIBIT A)

3.      Describe with particularity all facts supporting Plaintiff's allegation that

Defendant's termination of Plaintiff's employment was in retaliation for his complaints of

discrimination.

**RESPONSE:**      As I said in question #1
It's not clear whats the real termination
date, but all what I know that I don't
treated like others who have same situation.

4.      Describe with particularity all facts supporting Plaintiff's allegation that

Defendant's failure to promote Plaintiff in or about August 2005 was in retaliation for his

complaints of discrimination.

**RESPONSE:**      See    answer #2

5.      Describe with particularity any and all terms or conditions of employment

and/or adverse employment actions by Defendant that Plaintiff's alleges were due to

discrimination and/or retaliation.

**RESPONSE:** 1-, Force me to apply for Satellite Cashier
and other Co-workers not.

2- Send me home and give light duty to others.

3- On May 2005 they force me to use my FMLA instead of light duty and I was home without any income until I exhuasted my FMLA to try to terminate my job.

6.      State the name, address, and telephone number of any and all physicians, counselors or other persons who have been consulted by Plaintiff, or who attended, examined, or treated Plaintiff during the period February 1, 2001 to the present, including but not limited to medical doctors, nurses, psychiatrists, psychologists, counselors, members of the clergy, any hospitals, substance-abuse programs, clinics, and the like.

RESPONSE: This Case about discrimination not about workers Comp.

7.      State the monetary value of each and every damage of any kind claimed by Plaintiff to have resulted from Defendant's alleged wrongful acts, and the method by which such monetary value was calculated.

RESPONSE: I am seeking compensation for damages of $150,000 and punitive damages of $150,000 including an award of lost salary, benefits and accrued interest from the date of termination through the date of the entry of judgment against the defendants as well as other fees. 6

8.    Identify with specificity any non-monetary damage claimed by Plaintiff,

and the remedy sought by Plaintiff for such alleged damage(s).

RESPONSE:    None Avaliable at this time
I spend four years of my life
Serving this company days and nights
and Delaware Park should Punish
for what the they did to me.

9.    Provide the following information regarding all inquiries or applications

for employment made by Plaintiff during the period September 1, 2005 through the present, and

for each inquiry or application identify the following:

    a.    The entity to which the inquiry or application was made;

    b.    The date and manner of such contacts; and

    c.    Whether an offer of employment resulted from such contact or inquiry.

RESPONSE:    1- C&S Wholesale Grocers . May22, 2007
2- 7eleven . Monday, october 17, 2005
3- DART        . September 19, 2006
4- DU PONT        September 14.2006
5- American Infrastructure Augest 4, 2006
6- RED CLAY CONSOLIDATED october 26,2006
     School District
7- Lowes
        october 26,2006
No employment resulted from any.

10.    Identify the employer (including self-employment) and dates of

employment for any work performed by Plaintiff during the period September 1, 2005 through

the present.

**RESPONSE:**    NoNE

11.    As to any employment identified in response to interrogatory number 10,

state the total amount of compensation that Plaintiff received for such employment.

**RESPONSE:**    NONE

12.    State the total amount of any other income received by Plaintiff during

the period September 1, 2005 through the present, and the source of that income.

**RESPONSE:**    No inCome only workers Comp.

8

13.    For each of Defendant's Requests for Admission that you do not

unequivocally admit, state all facts supporting your decision not to admit.

RESPONSE:    Only worker's comp questions. I cannot
answer it because the case is over
I won the case and this case about
Discrimination.

BY: S_____

SAmi Almakhadhi
P. o Box 7392
Newark, DE 19714

## CERTIFICATE OF SERVICE

---

      I,  SAMI ALMAKHADHI, hereby certify this 14th day of August, 2007,  that the foregoing   PLAINTIFF Sami Almakhadhi, RESPONSE TO THE FIRST REQUEST FOR FIRST SET OF INTERROGATORIES BY THE DEFENDANT was delivered by me  to the court and two (2) true and  correct copies to the defendant, to the following:

Wendy K. Voss
POTTER ANDERSON&CORROON LLP
Hercules Plaza, Sixth Floor
1313North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                        8/14/07

**Sami  Almakhadhi**
**P.O. Box 7392**
**Newark, Delaware 19714**
**(302)2930-5064**