ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 07-78 ( JJF) |
| | ) | |
| DELAWARE PARK LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff SAMI ALMAKHADHI RESPONSE TO THE FIRST
REQUEST FOR ADMISSION BY THE DEFENDANT
Delaware Park, L.L.C.**

By: _____ 8/14/07

**Sami Almakhadhi
P.O. Box 7392
Newark, DE 19714**

## REQUESTS FOR ADMISSION

1. Admit that you never complained directly to Shannon DeLucia that you were the victim of discrimination at Delaware Park.

RESPONSE: Yes, I did complain directly to Shannon Delucia in April 4th 2006 after I received letter from her about the termination.

2. Admit that your back condition as it existed on May 17, 2005 continued through February 12, 2006.

RESPONSE: Yes. It's the same. Only the Pain is diffrent.

3. Admit that the work restrictions imposed by your physician effective May 17, 2005 (as per the attached Exhibit A) continued through February 12, 2006.

RESPONSE: No, thats not true. It was only for Four weeks. On May17 I wasn't under workers Compensition I took FMLA for 2 months then I came back to my job.

3

4.    Admit that the work restrictions imposed by your physician effective September

2, 2005 (as per the attached Exhibit B) continued through your termination of employment by

Delaware Park.

**RESPONSE:**    *yes. The doctor is diffrent but back injury resTraction almost the same.*

5.    Admit that, as of February 12, 2006, you were unable to repeatedly lift 40 pounds

without difficulty.

**RESPONSE:**    *yes. But let me tell you that quesTion and most the Questions in this Admitio is about Worker's Comp Not discriminatio*

6.    Admit that you currently are unable to repeatedly lift 40 pounds without

difficulty.

**RESPONSE:**    *yes.*

7.    Admit that, as of February 12 2006, the job description attached as Exhibit C was the job description for the position of Booth Cashier at Delaware Park.

**RESPONSE:**

*Yes.*

8.    Admit that, as of February 12, 2006, the ability to repeatedly lift 40 pounds without difficulty was a qualification for the position of Booth Cashier at Delaware Park.

**RESPONSE:**

*Yes.*

9.    Admit that your Delaware Park sponsored health insurance coverage (including dependent coverage) was initially terminated effective February 28, 2006.

**RESPONSE:**

*Initially ? No*

10.    Admit that your Delaware Park sponsored health insurance coverage (including dependent coverage) was later extended beyond February 28, 2006.

**RESPONSE:** *Yes. only as a courtesy for me.*

5

11.  Admit that your Delaware Park sponsored health insurance coverage (including

dependent coverage) was finally terminated effective March 31, 2006.

RESPONSE:  Yes. but let me tell you that on March 1st to March 29th I did not have any coverage So, It was re active and re terminate it x48 hours in Why?

12.    Admit that you were never actively at work at Delaware Park after September 2,

2005.

RESPONSE:  They force me to go home↑ and call every day out. After that on Novmber 2005 Delaware Park admit that I injuried there and I talked to Ms Beverly Bob If I can go back to work and she said No.

13.    Admit that you continued to participate in Delaware Park sponsored health

insurance plan(s) (including dependent coverage) during the period September 1, 2005 through

your termination of employment.

RESPONSE:  Yes.

14.    Admit that Delaware Park continued to make its regular employer contribution to the cost of your Delaware Park sponsored health insurance coverage (including dependent coverage) during the period September 1, 2005 through your termination of employment.

**RESPONSE:**    Yes, they did

15.    Admit that you were selected for promotion to the position of Satellite Cashier at Delaware Park in 2004.

**RESPONSE:**    yes for It is Promotion for People without back injury but for me with back injury It is not Promotion because the Position requred 60 to%70 Mor Physical activity.

16.    Admit that you elected not to remain in the position of Satellite Cashier and to return to your former position of Booth Cashier in 2004.

**RESPONSE:**    Yes. and I explained to them why. and I am not the only one, other Co-worker elected not to remain in the Position.

7

17.    Admit that you filed your Charge of Discrimination against Delaware Park with

the Delaware Department of Labor and/or United States Equal Opportunity Commission on

April 26, 2006.

RESPONSE:    yes. But the day I went there was
April 4, 2006 and give me appointment
on April 26, 2006

BY: _____

SAMi Almakladlw
P·O BOX 7392
Newark, DE 19714

8

## CERTIFICATE OF SERVICE

I , SAMI ALMAKHADHI, hereby certify this 14th day of August, 2007, that the foregoing  PLAINTIFF Sami Almakhadhi, RESPONSE TO THE FIRST REQUEST FOR ADMISSION BY THE DEFENDANT was delivered by me  to the court and two (2) true and  correct copies to the defendant, to the following:

Wendy K. Voss
POTTER ANDERSON&CORROON LLP
Hercules Plaza, Sixth Floor
1313North Market Street
P.O. Box 951
Wilmington, DE 19899-0951


_8/14/07_

**Sami  Almakhadhi**
**P.O. Box 7392**
**Newark, Delaware 19714**
**(302)2930-5064**