OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

## NOTICE REGARDING PERSONAL INFORMATION

DATE: 8/21/07

TO: Sami Almakhadhi

CA# 07-78

CASE CAPTION: Almakhadhi v. Delaware Park

DOCUMENT TITLES: Response to First Request for Production of Documents (DI 29) and Exhibit A to DI 30 Answer to Interrogatories (DI 31)

D.I.# 29, 31

    On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The documents identified above appear to contain the kind of personal information you may want to protect from public access on the internet. The above-mentioned documents have been placed under seal by the Court. For future reference, if you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

cc:  The Honorable Joseph J. Farnan, Jr.

_Elizabeth Dixon_
Deputy Clerk