IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 07-78 (JJF) |
| | ) | |
| DELAWARE PARK LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

TO:    Sami Almakhadhi
P.O. Box 7392
Newark, Delaware 19714

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, that Defendant Delaware Park LLC, by and through its attorneys, Potter Anderson & Corroon LLP, will take the deposition of Sami Almakhadhi on Thursday, September 13, 2007. The deposition will commence at 10:00 a.m., at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801. The deposition will be taken before a Delaware - Certified Court Reporter or some other officer duly authorized to record and transcribe the deposition.

Examination will continue from day to day until completed.

                                        POTTER ANDERSON & CORROON LLP

By: /s/ Wendy K. Voss
Wendy K. Voss (#3142)
Kenneth L. Dorsney (#3726)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com
kdorsney@potteranderson.com
jwasson@potteranderson.com

Dated: August 27, 2007
814964v1 / 14672-132

*Attorneys for Defendant Delaware Park LLC*

## CERTIFICATE OF SERVICE

I, Wendy K. Voss, hereby certify this 27th day of August, 2007, that the foregoing **NOTICE OF DEPOSITION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and one (1) true and correct copy was sent First Class U.S. Mail, postage prepaid, to the following:

>  Sami Almakhadhi
>  P.O. Box 7392
>  Newark, DE  19714

>  /s/ Wendy K. Voss
>  Wendy K. Voss (#3142)
>  POTTER ANDERSON & CORROON LLP
>  Hercules Plaza, Sixth Floor
>  1313 North Market Street
>  P.O. Box 951
>  Wilmington, DE  19899
>  (302) 984-6000 - Telephone
>  (302) 658-1192 - Facsimile
>  wvoss@potteranderson.com