IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 07-78-JJF |
| | ) | |
| v. | ) | **PUBLIC VERSION** |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant, | ) | |

**DEFENDANT DELAWARE PARK LLC'S RESPONSE TO
PLAINTIFF'S FIRST DISCOVERY REQUESTS**

Defendant Delaware Park LLC (named incorrectly in the Complaint as "Delaware Park") responds to the Plaintiff's first discovery requests/interrogatories (filed July 31, 2007, D.I. 28, and captioned "Plaintiff's request to join other party pursuant to rule 26(a)(1)") as set forth below.

**REQUEST:** Plaintiff SAMI ALMAKHADHI request the name, address and phone number for each individual from the following:

1. Kim Pugh (human resources)
2. Darla Cherry (Gage) [sic]
3. Roberta Evans (Gage) [sic]
4. Noel Lafferty (Gage) [sic]
5. Mary Sue Porter (Gage) [sic]

**RESPONSE:**

1. Kim Pugh
   ███████████
   New Castle, DE 19720
   ███████████

2.  Darla Cherry
    ▓▓▓▓▓▓▓▓▓▓
    Newark, DE 19711
    ▓▓▓▓▓▓▓▓▓▓

3.  Roberta Evans
    ▓▓▓▓▓▓▓▓▓▓
    Elkins, WV 26241
    ▓▓▓▓▓▓▓▓▓▓

4.  Noel Lafferty
    ▓▓▓▓▓▓▓▓▓▓
    Newark, DE 19702
    ▓▓▓▓▓▓▓▓▓▓

5.  Mary Sue Porter
    ▓▓▓▓▓▓▓▓▓▓
    Port Deposit, MD 21904
    ▓▓▓▓▓▓▓▓▓▓

POTTER ANDERSON & CORROON LLP

By: /s/ Wendy K. Voss
Wendy K. Voss (#3142)
Jennifer C. Wasson (#4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com - Email
jwasson@potteranderson.com - Email

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: August 28, 2007
812282v2 / 14672-132

## CERTIFICATE OF SERVICE

I, Wendy K. Voss, hereby certify this 28th day of August, 2007, that the foregoing **DEFENDANT DELAWARE PARK LLC'S RESPONSE TO PLAINTIFF'S FIRST DISCOVERY REQUESTS – PUBLIC VERSION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and two (2) true and correct copies were sent First Class U.S. Mail, postage prepaid, to the following:

>Sami Almakhadhi
>P.O. Box 7392
>Newark, DE 19714

>/s/ Wendy K. Voss
>Wendy K. Voss (#3142)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899
>(302) 984-6000 - Telephone
>(302) 658-1192 - Facsimile
>wvoss@potteranderson.com

812282v2