IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-78 ( JJF) |
| | ) |
| DELAWARE PARK LLC, | ) |
| | ) |
| Defendant, | ) |

## Plaintiff SAMI ALMAKHADHI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE DEFENDANT DELAWARE PARK LLC

===========================================================

BY: _____

SAMI ALMAKHADHI
P.O.BOX7392
NEWARK,DE 19714

1. Any and all documents identified by the defendant in his rule 26(a) initial.

**RESPONSE:**

2. Any and all documents regarding the request for FMLA from 2004 until my termination.

**RESPONSE:**

3. Any and all documents provided by defendant to The Department of Labor regards to my charge of discrimination filed on April 26,2006.

**RESPONSE:**

4. Any and all documents in or reviewed in preparation for defendant responses to plaintiff's first set of interrogatories directed to the defendant.

**RESPONSE:**

5. Any and all documents reviewed in preparation for defendant's response to plaintiff's first requests for admission directed to defendant.

**RESPOSE:**

5. Any and all documents evidencing or relating in any way to defendant 's request regarding my FMLA.

**RESPONSE:**

     6.    Any and all documents evidencing or relating in any way to defendant's claim that I violate Delaware Park policy by working beyond my restriction.

**RESPONSE:**

     7. Any and all documents evidencing or relating in any way to my termination on Feb 12, 2006 and March 10, 2006.

**RESPONSE:**

4

8. Any and all documents related to the plaintiff request for light duty on April 29, 2005.

**RESPONSE:**

9. Any and all documents between Ms. Shannon Delucia and Ms. Karlyn Dixon or my Management regarding my light duty and my termination.

**RESPONSE:**

# CERTIFICATE OF SERVICE

I, SAMI ALMAKHADHI, hereby certify this 4th day of September, 2007, that the foregoing **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT** was delivered to the court and two (2) true and correct copies were delivered by hand to the following:

Wendy K. Voss
POTTER ANDERSON&CORROON LLP
Hercules Plaza, Sixth Floor
1313North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

**Sami Almakhadhi**
P.O. Box 7392
Newark, Delaware 19714
(302)293-5064