## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-78 ( JJF) |
| | ) | |
| DELAWARE PARK LLC, | ) | |
| | ) | |
| Defendant, | ) | |

## Plaintiff SAMI ALMAKHADHI'S FIRST REQUEST FOR ADMISSION DIRECTED TO THE DEFENDANT DELAWARE PARK LLC

================================================

BY: --�...----------------------------

**SAMI ALMAKHADHI**
**P.O.BOX7392**
**NEWARK,DE 19714**

1.    Admit that I was terminated on February 12, 2006.

**RESPONSE:**

2.    Admit that I was terminated again on March 10th, 2006.

**RESPONSE:**

3.    Admit that the termination on March 10th, 2006 was made up on

March 30,2006

**RESPONSE:**

1

4.    Admit that I have document from human Resources stating that

My last day of employment was   February 12, 2006.

**RESPONSE:**

5.    Admit that my health insurance coverage was

terminated effective February28, 2006.

**RESPONSE:**

6.     Admit that Delaware Park failed to inform me about the

Termination on February12, 2006.

**RESPONSE:**

7.     Admit that Delaware Park failed for the second  time

to inform me about the termination on March 10th, 2006.

until I called on March 30,2006 concerning about my

employment then a letter was send to me.

 **RESPONSE:**

3

8. Admit that Delaware Park told me on their letter to me dated on March 30, 2006 that I supposed to receive a letter from human resources several weeks ago advising me about the termination on March 10th, 2006 and that was not true.

**RESPONSE:**

9. Admit that Delaware Park force me to go home on September02, 2006. and inform me to call in each day to advise my supervisor that I will be out and verify whether my restrictions could be accommodated and return to work or if I remain out of work. Then terminate my job because I was calling out every day leave of absence(LOA).

**RESPONSE:**

4

10.    Admit that Ms Karlyn Dixon is the one who made the

decision to not  accommodate my restriction on September 02,

2006.

**RESPONSE:**

11.    Admit that Delaware Park told me that they have my

address wrong and they send the termination letter on February 12,

2006. to the wrong address and all that lie because there was no

Letter sends.

5

**RESPONSE:**

12.    Admit that   I had the interview for the position in main bank on January,2005 after I was told by my supervisor that the positions were filed  and I was not chosen  and that was a management team decision.
**RESPONSE:**

13.    Admit that I was told by my management that I should have some success as a Satellite Cashier before I apply for Main Bank job and in the same time the Candidate who were chosen none of them was a Satellite Cashier.

6

**RESPONSE:**

14.     Admit that you told the department of labor that I had grievance rights referring me as a union member and that's not true.

**RESPONSE:**

15.     Admit that I never violated Delaware Park policy regarding light duty simply because I never had light duty.

**RESPONSE:**

**7**

16.    Admit that Delaware Park was denying my worker's

compensation claim from 5/18/04 until 11/8/05.

**RESPONSE:**

17.    Admit that when I was send home on September

1,2005 I was not under worker's compensation  benefits.

**RESPONSE:**

8

18.    Admit that I request light duty on April 29, 2005 and after

a few minutes later  I was called to the office and kicked out from

the company.

**RESPONSE:**

19.    Admit that Delaware Park   was talking about my old

FMLA during the investigation by Department of Labor and never

 mentioned that  I was entitle to a new FMLA.

**RESPONSE:**

9

20.    Admit that Delaware Park never informed me that they are using my FMLA time after I  was send home on September 02, 2005.

**RESPONSE:**

21.    Admit that Delaware Park was using my FMLA leave as excuse to not promote me.

**RESPONSE:**

10

21.    Admit that Delaware Park was using my right under the

applicable Collective Bargaining Agreement to return to Booth

Cashier as excuse to not promote me

**RESPONSE:**

22.    Admit that  during the investigation by Frank Penta,

Employee Relation Manager after I complain from

discrimination because I did not get the job of Impress

Supervisor Mr. Penta was told that I did not fill a transfer form

and that was not true.

**RESPONSE:**

11

23.    Admit that Delaware Park extended my Benefits until the

end of March. 2006. to fit their story about my termination on

March 10th ,2006.

**RESPONSE:**

24.    Admit that I never signed a documents acknowledgment

that make me responsible for complying with any restrictions

because I was not under any worker's compensation policy.

**RESPONSE:**

12

25.    Admit that when I was under restriction dated on 5 /17 /05
I was under FMLA and that's why I did not inform the company
about it also I t was personal and not consider worker's
compensation at that time

**RESPONSE:**

25.    Admit that you never said or even mentioned any thing
about my termination on February 12, 2006 during the
investigation by Department  of Labor.

**RESPONSE:**

13

26.    Admit that  Delaware Park use the Bathroom as spot for light duty.

**RESPONSE:**

27.Admit that at least Two Booth Cashiers were given light duty in the Delaware Park Bathrooms.

**RESPONSE:**

14

## CERTIFICATE OF SERVICE

I , SAMI ALMAKHADHI, hereby certify this 4th day of September , 2007 , that the foregoing **PLAINTIFF'S FIRST REQUEST FOR ADMISSION   DIRECTED TO DEFENDANT** was delivered to the court and two (2) true and correct copies were delivered by hand  to the following:

Wendy K. Voss
POTTER ANDERSON&CORROON LLP
Hercules Plaza, Sixth Floor
1313North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

**Sami  Almakhadhi**
P.O. Box 7392
Newark, Delaware 19714
(302)293-5064