IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-78 ( JJF) |
| | ) | |
| DELAWARE PARK LLC, | ) | |
| | ) | |
| Defendant, | ) | |

2007 SEP -4 PM 4:02
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Plaintiff SAMI ALMAKHADHI'S FIRST SET OF INTERROGATORIES DIRECTED TO THE DEFENDANT DELAWARE PARK LLC

===========================================================

BY: _____

SAMI ALMAKHADHI
P.O.BOX 7392
NEWARK, DE 19714

1. Explain the true story about my termination and identify the following:

    A. Exact date, reason and the name who made the decision.
    B. Whether or not was a letter sent to me.
    C. Whether or not this information had been discussed during the investigation by the department of labor.

**RESPONSE:**

2. Explain why other co-workers were given light duty in the same time I was told nothing available.

**RESPONSE:**

1

3. Provide the following information regarding all (Satellite , Main Bank and Booth cashiers) who were given light duty during the period of May 18,2004 until my termination and for each individual identify the following:

    A. Name, address and phone number.

    B. The medical restriction for each one

    C. Delaware Park opinion about the severity of their restrictions comparing with mine.

    D. Whether or not Delaware Park terminate their job and after how long.

**RESPONSE**

3. Any state law, federal law or Delaware Park policy govern the period time allow employer to fire any employee after an injury at the job.

**RESPONSE:**

4. Describe with particularity all facts supporting the defendant's allegation that I violate Delaware Park policy during the time I was denied my claim.

**RESPONSE:**

3

5. Provide the following information regarding all inquires to transfer to another job during my employment at Delaware Park:

    A. The date and manner of such contacts

    B. The entity to which the inquiry was made.

    C. The result from that inquiry.

    D. The reason if it was denied.

**RESPONSE:**

6. Provide the names, address and phone number for any (Satellite, Main Bank and Booth cashier) who never given light duty during the period of May 18, 2004 until my termination.

**RESPOSE:**

7. Explain why I did not received my holiday gift two weeks before the Christmas and when I asked about it I got terminated.

**RESPONSE:**

8. Explain why I did not have interview for surveillance officer when I filed transfer form on 4/5/2005.

**RESPONSE:**

9. Explain why you provide incorrect information during the investigation by Department of Labor regarding the employees who denied light duty such as ( Hayes, Antionette and Keeley, Stephanie and Dowell, kristy ) and some names unknown like Haskins, Marsalis and Beavers, Laurie even you went beyond the Relevant period like Ms. Twaddell who was terminated on August, 2006.

**RESPONSE:**

6

10.   for each of Plaintiff's request for Admission that you do not unequivocally admit, state all facts supporting your decision not to admit.

**RESPONSE:**

## CERTIFICATE OF SERVICE

I, SAMI ALMAKHADHI, hereby certify this 4th day of September, 2007, that the foregoing **PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT** was delivered to the court and two (2) true and correct copies were delivered by hand to the following:

Wendy K. Voss
POTTER ANDERSON&CORROON LLP
Hercules Plaza, Sixth Floor
1313North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

-------------------------------
Sami Almakhadhi
P.O. Box 7392
Newark, Delaware 19714
(302)293-5064