Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMI ALMAKHADHI                )
                               )
        V.                     )    Civil Action No.  07-78 (JJF)
                               )
DELAWARE PARK LLC              )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frank J. Conley to represent Sami Almakhadhi in this matter.

Signed: /s/ Glenn Brown, Esquire

Glenn Brown, Esquire (Del. Bar No. 4669)    Phone (302) 225-8340

916 N. Union St #2

Wilmington, DE 19805

Attorney for: Sami Almakhadhi

Date: 9/13/07

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                           United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: [signature]

Date: 9/13/07

(Applicant's Address)    Frank Conley, Esquire
                         The Conley Firm
                         7715 Crittenden Street, Suite 133
                         Philadelphia, PA 19118
                         215-836-4789
                         fconley@ConleyFirm.com