IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, ) | |
| ) | |
| Plaintiff, ) | Civ. A. No. 07-78-JJF |
| ) | |
| v. ) | |
| ) | |
| DELAWARE PARK, ) | |
| ) | |
| Defendant, ) | |

### NOTICE OF SERVICE

I hereby certify this 4th day of October, 2007, that true and correct copies of the following documents:

**DEFENDANT DELAWARE PARK LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF SAMI ALMAKHADHI'S FIRST REQUESTS FOR ADMISSION**

**DEFENDANT DELAWARE PARK LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF SAMI ALMAKHADHI'S FIRST SET OF INTERROGATORIES**

**DEFENDANT DELAWARE PARK LLC'S RESPONSES AND OBJECTIONS TO PLAINTIFF SAMI ALMAKHADHI'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

were served via first class mail on the following counsel of record:

> Glenn A. Brown, Esquire
> Real World Law, PC
> 916 North Union Street, Suite #2
> Wilmington, DE  19805
>
> Frank Conley, Esquire
> The Conley Firm
> 7715 Crittendon Street, Suite 133
> Philadelphia, PA  19118

POTTER ANDERSON & CORROON LLP

By: /s/ Wendy K. Voss
Wendy K. Voss (#3142)
Jennifer C. Wasson (#4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
wvoss@potteranderson.com - Email
jwasson@potteranderson.com - Email

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated:  October 4, 2007
818830v1 / 14672-132

2