IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DELAWARE PARK LLC, )<br>)<br>Defendant. )<br>) | C.A. No. 07-78 (JJF) |

## RE-NOTICE OF DEPOSITION

TO:   Glenn A. Brown, Esquire
      Real World Law, PC
      916 North Union Street, Suite #2
      Wilmington, DE 19805

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, that Defendant Delaware Park LLC, by and through its attorneys, Potter Anderson & Corroon LLP, will take the deposition of Sami Almakhadhi on Thursday, November 8, 2007. The deposition will commence at 9:30 a.m., at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware 19801. The deposition will be taken before a Delaware - Certified Court Reporter or some other officer duly authorized to record and transcribe the deposition.

Examination will continue from day to day until completed.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
|  | By: /s/ Wendy K. Voss |
|  | Wendy K. Voss (#3142)<br>Kenneth L. Dorsney (#3726)<br>Jennifer C. Wasson (#4933)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>wvoss@potteranderson.com<br>kdorsney@potteranderson.com<br>jwasson@potteranderson.com |
| Dated:  November 1, 2007<br>829158v1 / 14672-132 | *Attorneys for Defendant Delaware Park LLC* |

## CERTIFICATE OF SERVICE

I hereby certify this 1st day of November, 2007, that true and correct copies of the foregoing **RE-NOTICE OF DEPOSITION** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>Glenn A. Brown, Esquire
>Real World Law, PC
>916 North Union Street, Suite #2
>Wilmington, DE 19805

I further certify this 1st day of November, 2007, that one (1) true and correct copy of the above-mentioned document was sent First Class U.S. Mail, postage prepaid, to the following:

>Frank Conley, Esquire
>The Conley Firm
>7715 Crittendon Street, Suite 133
>Philadelphia, PA 19118

>Wendy K. Voss (#3142)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899
>(302) 984-6000 - Telephone
>(302) 658-1192 - Facsimile
>wvoss@potteranderson.com