IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 07-78-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant, | ) | |

## NOTICE OF SERVICE

I hereby certify this 16th day of November, 2007, that true and correct copies of the following documents:

**DEFENDANT DELAWARE PARK LLC'S OBJECTIONS TO PLAINTIFF SAMI ALMAKHADHI'S SECOND REQUESTS FOR ADMISSION**

**DEFENDANT DELAWARE PARK LLC'S OBJECTIONS TO PLAINTIFF SAMI ALMAKHADHI'S SECOND SET OF INTERROGATORIES**

**DEFENDANT DELAWARE PARK LLC'S OBJECTIONS TO PLAINTIFF SAMI ALMAKHADHI'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

were served via first class mail on the following counsel of record:

>   Glenn A. Brown, Esquire
>   Real World Law, PC
>   916 North Union Street, Suite #2
>   Wilmington, DE  19805

>   Frank Conley, Esquire
>   The Conley Firm
>   7715 Crittendon Street, Suite 133
>   Philadelphia, PA  19118

POTTER ANDERSON & CORROON LLP

By: /s/ Wendy K. Voss
Wendy K. Voss (#3142)
Jennifer C. Wasson (#4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
wvoss@potteranderson.com - Email
jwasson@potteranderson.com - Email

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: November 16, 2007
832558v1 / 14672-132