IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 07-78-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant, | ) | |

## DEFENDANT DELAWARE PARK LLC'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Delaware Park L.L.C. hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment with respect to the claims asserted against Delaware Park by Plaintiff Sami Almakhadhi. The basis for Delaware Park's motion is that there is no genuine issue as to any material fact in this case and Delaware Park is entitled to judgment as a matter of law. The specific reasons supporting Delaware Park's motion are set forth in Opening Brief In Support Of Defendant Delaware Park LLC'S Motion For Summary Judgment, which is being filed contemporaneously herewith.

POTTER ANDERSON & CORROON LLP

By: /s/ Wendy K. Voss
Wendy K. Voss (#3142)
Jennifer C. Wasson (#4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
wvoss@potteranderson.com - Email
jwasson@potteranderson.com - Email
*Attorneys for Defendant Delaware Park L.L.C.*

Dated: November 27, 2007
832825v1 / 14672-132

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 07-78-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant, | ) | |

### ORDER

WHEREAS, the Court having considered Defendant's Motion for Summary Judgment and the arguments of both parties related thereto, and the Court finding no material issues of fact and that Defendant is entitled to judgment in its favor,

NOW, THEREFORE, Defendant's Motion is hereby **GRANTED** and judgment shall be entered in Defendant's favor on all claims of the Complaint.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify this 27th day of November, 2007, that true and correct copies of the foregoing **DEFENDANT DELAWARE PARK LLC'S MOTION FOR SUMMARY JUDGMENT and FORM OF ORDER** were electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the documents are available for viewing and downloading via CM/ECF to the following counsel of record:

> Glenn A. Brown, Esquire
> Real World Law, PC
> 916 North Union Street, Suite #2
> Wilmington, DE 19805

I further certify this 27th day of November, 2007, that a courtesy copy of the above-mentioned documents were electronically mailed to the following:

> Frank Conley, Esquire
> The Conley Firm
> 7715 Crittendon Street, Suite 133
> Philadelphia, PA 19118

_____
Wendy K. Voss (#3142)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 - Telephone
(302) 658-1192 - Facsimile
wvoss@potteranderson.com

832825v1 / 14672-132