

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Wendy K. Voss
Partner
Attorney at Law
wvoss@potteranderson.com
302 984-6076 Direct Phone
302 658-1192 Fax

November 28, 2007

**HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE: **ALMAKHADHI V. DELAWARE PARK, CIVIL ACTION NO. 07-78 (JJF)**

Dear Dr. Dalleo:

Pursuant to our telephone conversation this morning, at Deborah Krett's instruction, we are enclosing a disk containing corrected versions of Opening Brief In Support of Delaware Park, L.L.C.'s Motion For Summary Judgment (D.I. 52) with its supporting Appendix (D.I. 52). Non substantive changes are as follows:

Opening Brief In Support of Defendant Delaware Park, L.L.C.'s
Motion For Summary Judgment

Table of Contents – corrected page numbers

Table of Authorities – corrected page numbers

Citations to the Appendix (referred to in Opening Brief as "A__")

    corrected and/or inserted A-cite numbers to correspond
    with parenthetical description.

Appendix to Opening Brief In Support of Defendant Delaware
Park, L.L.C.'s Motion For Summary Judgment

Table of Contents – Added

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court for the District of Delaware
November 28, 2007
Page 2

       No substantive changes were made to the text of the brief. Opposing counsel has been served with these corrected versions. As required by the local rules, we have submitted a courtesy copy of this corrected version to the Clerk's office.

       Counsel are available at your convenience if you have any questions.

       Very truly yours,

       Wendy K. Voss

WKV/drt
Enclosure

cc: Counsel of Record (via electronic mail)
834139v1 / 14672-132