## CERTIFICATE OF SERVICE

I hereby certify that on 14 December 2007, a true and correct copy of Mr. Almakhadhi's Answering Brief was filed electronically via the Court's ECF system, which will send notification of such filing, and that the document is available for downloading and viewing, to counsel of record:

> Wendy Voss
> Potter Anderson & Corroon LLP
> Hercules Plaza
> 1313 North Market Street, 6th Floor
> Wilmington Delaware • 19801

> /s/ Glenn Brown
> Glenn Brown, Esquire
> Real World Law
> 916 N. Union St #2
> Wilmington, DE 19805
> (302) 225-8340

Date: 14 December 2007