**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 07-78-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant, | ) | |

## **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS[1]**

1. Do you know the Plaintiff, Sami Almakhadhi, or his wife, Amatalrahman Almakhadhi?

2. Have you, or has anyone close to you, ever been employed by Delaware Park? If yes, what were your jobs, during what time period, and if you are no longer there, why not?

3. Do you know any of the lawyers representing the parties in this case, including Frank Conley, Glenn Brown, Wendy Voss, or Jennifer Wasson? How do you know of him or her?

---

[1] Delaware Park LLC reserves the right to submit amended *voir dire* questions as may be required by the Court's rulings on Plaintiff's motion to amend and/or Delaware Park's motion for summary judgment.

1

2

      4.      Have you, or has anyone close to you, ever been represented by any of the following law firms: The Conley Firm, Real World Law, P.C., or Potter Anderson & Corroon LLP? If yes, describe the matter or matters in which that firm represented you.

      5.      Have you, or has anyone close to you, ever worked for any of the following law firms: The Conley Firm, Real World Law, P.C., or Potter Anderson & Corroon LLP? If yes, describe the dates you worked there and how your employment ended.

      6.      There are a number of people who may testify as witnesses in this case. Do you know:

    Sheryl Cartright
    Nicole Cook
    Kevin DeLucia
    Shannon DeLucia
    Karlyn Dixon
    Roberta Evans
    Mir Hadelli
    Antoinette Hayes
    Mamun Korashi
    Holly Lea
    Yosef Moqbel
    Nancy Myshko
    Micki Nardo
    Judy Passmore
    Frank Penta
    Beverly Pope
    Mary Sue Porter
    Stacy Suhr
    Dr. John Townsend
    Dr. George Bohatiuk

How do you know him/her?

7. Have you, or has anyone close to you, ever been discriminated or retaliated against for complaining about discrimination at work? If so, describe the discrimination or retaliation and explain how the situation was resolved.

8. Have you, or has anyone close to you, ever been harassed based on your race, national origin, color, or gender by a supervisor at work? If so, describe the harassment and explain how the situation was resolved.

9. Have you, or has anyone close to you, been a party (plaintiff or defendant) in a civil lawsuit? If so, please describe the nature and outcome of the suit.

10. Have you, or has anyone close to you, had an experience with Delaware Park or at Delaware Park that would cause you to question whether you could be fair to Delaware Park in this case?

11. Do you have a negative opinion about casinos, horse racing, or gambling that would cause you to question whether you could be fair to Delaware Park in this case?

12. Do you have a negative opinion about corporations in general that would cause you to question whether you could be fair to Delaware Park in this case?

13. If the evidence in this case shows that Delaware Park acted in a way you did not like or did not agree with but did not violate the law, would you have difficulty finding in favor of Delaware Park?

14. Have you, or has anyone close to you, ever had a chronic physical condition that prevented you, him or her from working for an extended period of time? If so, what was the nature of the physical problem and how was that situation resolved.

15. Have you, or has anyone close to you, ever been wrongfully terminated from employment ?

16. Have you, or has anyone close to you, ever been involuntarily placed on a leave of absence from work due to a medical condition? If so, describe the circumstances and explain how the situation was resolved.

17. Have you, or has anyone close to you, ever had work restrictions imposed by a physician that the employer did not honor? If so, describe the circumstances and explain how the situation was resolved.

18. Have you, or has anyone close to you, ever worked in excess of work restrictions imposed by a physician? If so, describe the circumstances and whether the employer was aware that you, he or she had done so.

19. At the end of this trial, the Court will instruct you that sympathy cannot play a part in your decision making. Is there anyone on the panel who will not be able to put aside any sympathetic feelings for a person who is unemployed or has medical problems and reach a determination based on only the facts?

20. Are you aware of any reason that you could not decide this case in a fair and impartial manner based on the evidence and according to the law?

POTTER ANDERSON & CORROON LLP

By: /s/ Jennifer C. Wasson
 Wendy K. Voss (#3142)
 Jennifer C. Wasson (#4933)
 Hercules Plaza 6th Floor
 1313 N. Market Street
 P.O. Box 951
 Wilmington, DE  19899-0951
 (302) 984-6000
 wvoss@potteranderson.com – Email
 jwasson@potteranderson.com - Email

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated: February 4, 2008
846204 / 14672-132