IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | : | |
| Plaintiff, | : | No. 07-78-JJF |
| v. | : | **JURY TRIAL DEMANDED** |
| DELAWARE PARK LLC, | : | |
| Defendant. | : | |

**MR. ALMAKHADHI'S PROPOSED VOIR DIRE QUESTIONS**

Frank J. Conley, Esquire
**THE CONLEY FIRM**
7715 Crittenden Street, Suite 113
Philadelphia, PA 19118
(215) 836-4789
FConley@ConleyFirm.com

Glenn Brown, Esquire
Bar No. 4669
**Real World Law**
916 N. Union St #2
Wilmington, DE 19805
(302)225-8340
glenn.brown@realworldlaw.com

*Attorneys for Plaintiff Sami Almakhadhi*

Date: 4 February 2008

1. Do you think that the government has gone too far in protecting the rights of minorities?

2. Do you believe that minorities complain too much about discrimination?

3. Are you opposed to laws requiring affirmative action on behalf of minorities? Do you believe that less qualified minorities get jobs or promotions only because of affirmative action?

4. Do you think that discrimination on the basis of race or national origin, goes on in Delaware?

5. Do you think that some people use the claim of racial discrimination as an excuse for their own shortcomings?

6. Did anyone you know die in the 9/11 Attacks?

7. Have you, or a loved one, friend, or family member, served in the military?

8. What social, civic, fraternal, or political organizations are you a member of? Have you, or a close friend or relative, ever belonged to a social, civic, political, or fraternal organization or club that restricts membership on the basis of race?

Frank J. Conley, Esquire
**THE CONLEY FIRM**
7715 Crittenden Street, Suite 113
Philadelphia, PA 19118
(216) 836-4789
FConley@ConleyFirm.com

Glenn Brown, Esquire
Bar No. 4669
**Real World Law**
916 N. Union St #2
Wilmington, DE 19805
(303)225-8340
glenn.brown@realworldlaw.com

*Attorneys for Plaintiff Sami Almakhadhi*

Date: 4 February 2008