IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SAMI ALMAKHADHI,              :
                              :
          Plaintiff,          :
                              :
     v.                       :  Civil Action No. 07-78-JJF
                              :
DELAWARE PARK,                :
                              :
          Defendant.          :

## O R D E R

WHEREAS, the Court held a pretrial conference in this matter on February 7, 2007;

WHEREAS, the Parties agreed to have this matter referred to the Magistrate Judge for mediation;

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Stark for the purpose of exploring the possibility of a settlement.

February 7, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE