

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE PARK LLC,<br><br>Defendant. | :<br>:<br>:<br>:  No. 1:07-cv-00078-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

**PROPOSED AMENDED RULE 16 SCHEDULING ORDER**

WHEREAS the Court held a pretrial conference in this matter on February 7, 2008,

NOW THEREFORE IT IS ORDERED that:

1. **Discovery**.

    a. Defendant Delaware Park shall respond to Plaintiff Sami Almakhadhi's Second Set of Discovery requests by March 10, 2008.

2. **Discovery Disputes**.

    a. A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

    b. All papers shall set forth in a plain and concise manner the issue in dispute, the party's position on the issue, and the reasons for the party's position.

    c. Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the parties have completed briefing.

    d.    Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

    e.    There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

3. **Case Dispositive Motions**.

    a.    After Delaware Park has completed its response to Mr. Almakhadhi's discovery requests, and after the Court disposes of any motions concerning discovery, Mr. Almakhadhi will have 30 days to file a dispositive motion.

    b.    Defendant may file a supplemental dispositive motion with an opening brief limited to Mr. Almakhadhi's hostile work environment claims by the date specified in paragraph 3(a).

    c.    Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed pursuant to D. Del. LR 7.1.2.

    d.    Any party that does not intend to file a dispositive motion shall send notice by e-mail to jjf_civil@ded.uscourts.gov, with a copy to opposing counsel.

4. **Applications by Motion.**

    a.    Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

    b.    No facsimile transmissions will be accepted.

    c.    No telephone calls shall be made to Chambers.

    d.    Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

5.    **Pretrial Conference and Trial**. After receiving dispositive motions (and/or notice that a dispostive motion will not be filed) the Court will issue a Scheduling Order setting deadlines for amended Pretrial submissions and a date for a Pretrial Conference. The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to he held within sixty (60) to ninety (90) days of the Pretrial Conference.

_2/21/08_
Date

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE