IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMI ALMAKHADHI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 1:07-00078-JJF |
| v. ) | |
| ) | |
| DELAWARE PARK, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Kenneth L. Dorsney, Esq., of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, Delaware 19801, hereby withdraws his appearance as counsel for Delaware Park LLC ("Defendant"). All other attorneys involved in the case from Potter Anderson & Corroon LLP continue to represent Defendant.

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
Wendy K. Voss (#3142)
Kenneth L. Dorsney (#3726)
Jennifer C. Wasson (#4933)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
wvoss@potteranderson.com
kdorsney@potteranderson.com
jwasson@potteranderson.com

Dated: February 29, 2008
851649 / 14672-132

*Attorneys for Defendant Delaware Park, L.L.C.*

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify this 29th day of February 2008, that the foregoing **NOTICE OF WITHDRAWAL** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

>Glenn A. Brown, Esquire
>Real World Law, PC
>916 North Union Street, Suite #2
>Wilmington, DE 19805

>Kenneth L. Dorsney (#3726)
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza, Sixth Floor
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899
>(302) 984-6000 - Telephone
>(302) 658-1192 - Facsimile
>kdorsney@potteranderson.com