## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 07-78-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant, | ) | |

### NOTICE OF SERVICE

I hereby certify this 10th day of March, 2008, that true and correct copies of the following documents:

**DEFENDANT DELAWARE PARK LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF SAMI ALMAKHADHI'S SECOND REQUESTS FOR ADMISSION**

**DEFENDANT DELAWARE PARK LLC'S OBJECTIONS AND RESPONSES TO PLAINTIFF SAMI ALMAKHADHI'S SECOND SET OF INTERROGATORIES**

**DEFENDANT DELAWARE PARK LLC'S AMENDED OBJECTIONS AND RESPONSES TO PLAINTIFF SAMI ALMAKHADHI'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

were served via electronic mail and U.S. First Class Mail, postage prepaid, on the following counsel of record:

Glenn A. Brown, Esquire
Real World Law, PC
916 North Union Street, Suite #2
Wilmington, DE 19805

Frank Conley, Esquire
The Conley Firm
7715 Crittendon Street, Suite 133
Philadelphia, PA 19118

POTTER ANDERSON & CORROON LLP

By: _____

Wendy K. Voss (#3142)
Jennifer C. Wasson (#4933)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
wvoss@potteranderson.com - Email
jwasson@potteranderson.com - Email

*Attorneys for Defendant Delaware Park, L.L.C.*

Dated:  March 10, 2007
818830v1 / 14672-132

2