## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAMI ALMAKHADHI,          )
                               )
            Plaintiff,        )     Civ. A. No. 07-78-JJF
                               )
     v.                     )
                               )
DELAWARE PARK,           )
                               )
            Defendant,    )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Sami

Almakhadhi and Delaware Park LLC, through their respective undersigned counsel of record,

and subject to the Order of this Court that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure, all claims asserted against Delaware Park are hereby dismissed with prejudice.  Each

party shall bear its own attorneys' fees and costs.


THE CONLEY FIRM                    POTTER ANDERSON & CORROON LLP


By: /s/Frank J Conley_____    By: ___/s/ Wendy K Voss_____
   Frank J. Conley                       Wendy K. Voss (#3142)
   7715 Crittenden Street               Hercules Plaza
   Suite 113                           P.O. Box 951
   Philadelphia, PA  19118             Wilmington, DE  19899
   (215) 836-4789                    (302) 984-6000
   fconley@ConleyFirm.com           wvoss@potteranderson.com

By:/s/ Glenn A Brown                 *Attorneys for Defendant,*
   Glenn A. Brown (#4669)           *Delaware Park LLC.*
   Real World Law PC
   916 N. Union St. #2
   Wilmington, DE  19805
   302-225-8340
   delcourts@realworldlaw.com

*Attorneys for Plaintiff,*
*Sami Almakhadhi*

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

860489