**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SAMI ALMAKHADHI, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. A. No. 07-78-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE PARK, | ) | |
| | ) | |
| Defendant, | ) | |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Sami Almakhadhi and Delaware Park LLC, through their respective undersigned counsel of record, and subject to the Order of this Court that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims asserted against Delaware Park are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

THE CONLEY FIRM

By: /s/Frank J Conley
Frank J. Conley
7715 Crittenden Street
Suite 113
Philadelphia, PA 19118
(215) 836-4789
fconley@ConleyFirm.com

By:/s/ Glenn A Brown
Glenn A. Brown (#4669)
Real World Law PC
916 N. Union St. #2
Wilmington, DE 19805
302-225-8340
delcourts@realworldlaw.com

*Attorneys for Plaintiff,*
*Sami Almakhadhi*

POTTER ANDERSON & CORROON LLP

By: /s/ Wendy K Voss
Wendy K. Voss (#3142)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
wvoss@potteranderson.com

*Attorneys for Defendant,*
*Delaware Park LLC.*

SO ORDERED this 9 day of May, 2008.

[signature]
United States District Judge

860489